DANIEL v. BROWN et al. (Circuit Court of Appeals, Eighth Circuit. December 9, 1896.) No. 733. Appeal from the Circuit Court of the United States for the District of Colorado. Charles J. Hughes, Jr., for appellant. C. S. Thomas, Wm. H. Bryant. and H. H. Lee, for appellees. No opinion. Dismissed, with costs, pursuant to the twenty-third rule, for failure to print the record, on motion of counsel for appellees.

---

DAVIS v. CORNWALL. (Circuit Court of Appeals, Second Circuit. May 28, 1895.) No. 207. Appeal from the Circuit Court of the United States for the Southern District of New York. W. S. Logan, for appellant. A. B. Maltby, for appellee. No opinion. Judgment affirmed.

---

DAVIS v. WAKELEE. (Circuit Court of Appeals, Second Circuit. May 28, 1895.) No. 206. Appeal from the Circuit Court of the United States for the Southern District of New York. W. S. Logan, for appellant. A. B. Maltby, for appellee. No opinion. Judgment affirmed.

---

EAUCABERT v. APPLETON. (Circuit Court of Appeals, Second Circuit. November 8, 1895.) No. 479. Appeal from the Circuit Court of the United States for the Southern District of New York. Francis Forbes, for appellant. R. B. McMaster, for appellee. No opinion. Ordered dismissed, with costs.

---

EBNER v. JUNEAU MIN. & MANUF'G CO. et al. (Circuit Court of Appeals, Ninth Circuit. February 4, 1897.) No. 331. Appeal from the District Court of the United States for the District of Alaska. William Hoff Cook, for appellant. Lorenzo S. B. Sawyer, for appellees. No opinion. Appeal dismissed on motion of Lorenzo S. B. Sawyer.

---

ECLIPSE MANUF'G CO. v. STANDARD RADIATOR CO. (Circuit Court of Appeals, Second Circuit. December 18, 1895.) No. 520. Appeal from the Circuit Court of the United States for the Northern District of New York. Smith & Denison and Dyrenforth & Dyrenforth, for appellant. E. S. Jenney and George H. Lothrop, for appellee. No opinion. Decree affirmed, with costs, on opinion of court below. See 62 Fed. 465.

---

EDDY v. GLENN. (Circuit Court of Appeals, Second Circuit.) No. 317. Appeal from the Circuit Court of the United States for the Southern District of New York. George Zabriskie, for appellant. B. N. Harrison, Charles Marshall, and A. H. Masten, for appellee. No opinion. Decree affirmed, with costs, on opinion in Furnald v. Glenn. 12 C. C. A. 27, 64 Fed. 49.

79 F.—63